UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YUNUS BICKICI,

                        Plaintiff,                        **22-CV-8446 (VF)**

        -against-                              **ORDER**

AMICA MUTUAL INSURANCE COMPANY,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

A status conference in this matter is hereby scheduled for **Tuesday, January 31, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:    New York, New York
                January 17, 2023

                                                                          _____
                                                                          VALERIE FIGUEREDO
                                                                          United States Magistrate Judge